AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

United States of America )
v. )
PETER ROBERT BOBAL )  Case No. 18-6117-Hunt
)
)
)
_Defendant._

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/22/2018-3/14/2018__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 2422(b) | using any facility and means of interstate commerce, that is, knowingly attempted to persuade, induce, entice, and coerce an individual who had not attained the age of eighteen years, to engage in any sexual activity for which any person can be charged with a criminal offense. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew J. Fowler, Special Agent FBI
_Printed name and title_

Sworn to before me and signed in my presence.

Date: __3/14/18__

_Judge's signature_

City and state: __Fort Lauderdale, Florida__    Patrick M. Hunt, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Matthew J. Fowler, Special Agent with the Federal Bureau of Investigation ("FBI"), United States Department of Justice, having been duly sworn, hereby depose and state:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so since 2009. I am currently assigned to the Miami Field Office Innocent Images National Initiative, which targets individuals involved in the on-line sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors including the production, possession, and distribution of child pornography. I received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations, and have executed search warrants that have led to seizures of child pornography. Prior to working as a Special Agent with the FBI, I was a police officer in the State of Missouri from 2003 to 2009. During my time as a police officer I also was a police detective assigned to investigate crimes against children involving the sexual exploitation of minors over the internet.

2. The information set forth in this affidavit is provided in support of the attached criminal complaint, charging Peter Robert Bobal (hereinafter referred to as "Bobal") with attempted coercion and enticement of a minor to commit a sexual crime, in violation of Title 18, United States Code, Section 2422(b), and thus is intended only to establish probable cause to believe that those offenses were committed. As such, it does not include each and every fact known to law enforcement about this investigation.

## PROBABLE CAUSE

3. On February 22, 2018, law enforcement received information from a complainant that Bobal was texting whom he thought was a 14 year old female. The complainant provided text messages that revealed Bobal sent an image of an adult penis to the purported 14 year old female. The complainant provided the phone number that Bobal was utilizing.

4. On March 2, 2018, an Undercover Employee (UC) was able to send Bobal a text message portraying the purported 14 year old. The UC sent the following message, "Hi I changed my number." Bobal responded with, "OK when did do this can I call" and the UC replied, "No I'm at school. My other phone was broke." When Bobal again requested to call the purported 14 year old, the UC replied, "Let's just text. I'm not supposed to talk to guys. My mom said I can't have a boyfriend until I'm 16 so 2 more years." Bobal responded, "Wow do u like me."

5. Bobal sent a text to the purported 14 year old, "Would let guy play with your pussy" and the UC replied, "I'm only 14 though and never done anything." Later in the text conversation on March 2, 2018, Bobal began directing the purported 14 year old to take her clothes off and touch her genitalia. Bobal text, "Would slide of your undies" and the UC replied, "I'm nervous. What do I do with my undies off?" Bobal answered, "Ruby your pussy." Bobal then asked the purported 14 year old to meet at a business in Hollywood, Florida so they could be alone. The UC refused to meet but the text conversation continued.

6. On March 4, 2018, Bobal provided his address to the purported 14 year old, "430 Golden Isles Drive, Apartment 605." Earlier in the conversation Bobal indicated he lived in Hallandale Beach, Florida. Bobal invited the purported 14 year old over to his residence. The UC asked Bobal, "Why are you gonna slide off my undies?" Bobal replied, "To play with your pussy."

7. A search of the Florida Driver and Vehicle Information Database indicated Bobal resided at 430 Golden Isles Drive, Apartment 605, Hallandale, Florida. A search of Bobal's criminal history revealed that Bobal was a registered sex offender for a 2005 conviction involving enticement of a minor.

8. On March 12, 2018, Bobal requested the purported 14 year old take a picture of her genitalia and send it to him. Bobal requested the photos numerous times, "Wish u could send me the pic of your boobes and pussy."

9. The text conversation between Bobal and the purported 14 year old continued and a meet was planned for March 14, 2018. Bobal arranged to meet the purported 14 year old in Hollywood, Florida at a predetermined location.

10. On March 14, 2018, law enforcement conducted surveillance in the area of a predetermined meeting location where Bobal was planning to meet the 14 year old juvenile. Bobal sent several text messages to the UC, portraying the purported 14 year old juvenile. Bobal asked what the juvenile was wearing and if she was at the predetermined meeting location. Bobal provided a clothing description of himself and advised he was at the meeting location.
Law enforcement observed Bobal waiting at the meeting location at approximately 11:06 am. At approximately 11:11 am, law enforcement approached Bobal and he was placed under arrest. Bobal had a cell phone in his hand when he was arrested.

## CONCLUSION

11. Based on the aforementioned factual information, I respectfully submit that there is probable cause to believe that Peter Robert Bobal, did, using the mail or any facility or means of interstate or foreign commerce, knowingly attempt to persuade, induce, entice, and coerce any individual who has not attained the age of eighteen (18) years, to engage in prostitution or any

sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
Matthew J. Fowler, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me
this 14th day of March, 2018.

_____
THE HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

## BOND RECOMMENDATION

DEFENDANT: _____ PETER ROBERT BOBAL _____

_____ Pre-Trial Detention recommended _____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
SAUSA: M. Catherine Koontz

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): Matthew Fowler, FBI
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE) (**OTHER**)